UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEORGE LUCAS VELASQUEZ,
    Plaintiff,

Case No.: 6:25-cv-712-GAP-RMN

vs.

JOSHUA ORR, Deputy Sheriff,
Osceola County, in his individual
capacity; and
HECTOR RIVERA-ORTIZ,
Deputy Sheriff, Osceola County, in his
individual capacity; and
MARCOS R. LOPEZ, Osceola County
Sheriff, in his official capacity only,
    Defendants,
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action:

__X__ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

State of Florida v. Jeorge Steven Lucas Velasquez, Osceola County Court case 49-2023-CT-003832

_____ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

1

Dated: Dated: May 16, 2025

        Respectfully submitted,

        PALAIDIS LAW, P.A.

        By:   /s/ George C. Palaidis
                George C. Palaidis
                Florida Bar Number 56666
                george@palaidislaw.com
                1314 E. Las Olas Blvd., Ste 1124
                Fort Lauderdale, FL 33301
                Tel: (954) 828-0848
                Fax : (954) 828-0847
                *Counsel for Jeorge Lucas Velasquez*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to all parties in this action.

        PALAIDIS LAW, P.A.

        By:   /s/ George C. Palaidis
                George C. Palaidis
                Florida Bar Number 56666
                george@palaidislaw.com
                1314 E. Las Olas Blvd., Ste 1124
                Fort Lauderdale, FL 33301
                Tel: (954) 828-0848
                Fax : (954) 828-0847
                *Counsel for Jeorge Lucas Velasquez*